Jeanette M. GEBHARDT,
Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 04–7053.

United States Court of Appeals,
Federal Circuit.

DECIDED: Feb. 12, 2004.

*ORDER*

The court treats Jeanette M. Gebhardt's letter, received on January 12, 2004, as a motion to voluntarily dismiss her appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.